UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY WILLIAM HOCH,

           Petitioner,

v.

KENNETH QUINN,

           Respondent.

Case No.  C07-5504RBL-KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1, #3 and #5) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 10th day of January, 2008.

                        Karen L. Strombom
                        United States Magistrate Judge