UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY WILLIAM HOCH,

    Petitioner,

v.

KENNETH QUINN,

    Respondent.

Case No.  C07-5504RBL-KLS

ORDER DISMISSING PETITION

    The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, the petitioner's objections thereto and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal *habeas corpus* petition is DISMISSED.

(3)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent[s] and to Judge Strombom.

DATED this 2nd day of May, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1